UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
MARIA ECKE,

                    Appellant,

   - against -

PURDUE PHARMA L.P.,

                    Appellee.
-------------------------------------------------------------x

**ORDER**

No. 22-CV-4134 (CS)

Seibel, J.

     Pursuant to Fed. R. Bankr. P. 8009(a)(1)(A), Appellant must file with the bankruptcy clerk and serve on Appellee a designation of the items to be included in the record on appeal and a statement of the issues to be presented, by Friday, March 24, 2023.  Appellee may then file a designation of additional items to be included in the record no later than fourteen days after being served Appellant's designation.  Fed. R. Bankr. P. 8009(a)(2).  These actions will enable the bankruptcy clerk to assemble and transmit the record.

     Once Appellant receives notice that the record has been transmitted or is available electronically, she must file her opening brief within 30 days.  Fed. R. Bankr. P. 8018(a)(1). Additionally, Appellant must file an appendix with her opening brief that contains certain excerpts of that record, including:  (1) the relevant entries in the bankruptcy docket; (2) the complaint and answer, or other equivalent filings; (3) the judgment, order, or decree from which their appeal is taken; (4) any other orders, pleadings, jury instructions, findings, conclusions, or opinions relevant to their appeal; (5) the notice of appeal; and (6) any relevant transcript or portion thereof.  Fed. R. Bankr. P. 8018(b)(1)(A)-(F).  Appellee must then file its opposition

brief within 30 days after service of the Appellant's opening brief, and Appellant must file her reply brief within 14 days after service of the opposition brief.  Fed. R. Bankr. P. 8018(a)(2)-(3).

If Appellant fails to timely file any of these required documents, her case may be dismissed for failure to prosecute.  *See* Fed. R. Civ. P. 41(b); Fed. R. Bankr. P. 8018(a)(4).  Similarly, failure to file any of the required documents on Appellee's part may result in default.  *See* Fed. R. Civ. P. 55.  Finally, as Appellant is *pro se*, the Clerk of the Court is respectfully directed to:  (1) flag this case as *pro se*; and (2) mail a copy of this order to Appellant.

**SO ORDERED.**

Dated: March 10, 2023
White Plains, New York

_____
CATHY SEIBEL, U.S.D.J.