**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
In re

PURDUE PHARMA L.P., et al.,

        Debtors.

-----------------------------------------------------------------X
MARIA ECKE,

        Appellant,              22 **CIVIL** 4134 (CS)

- against -

                                **JUDGMENT**

PURDUE PHARMA L.P., et al.,

        Appellees.

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 13, 2023, the Bankruptcy Court's Order is AFFIRMED. Accordingly, the case is closed.

**Dated:** New York, New York

      September 14, 2023

                                              **RUBY J. KRAJICK**
                                                Clerk of Court

                           **BY:**

                                                   **Deputy Clerk**